```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ALEX LOZADA
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2805
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )   2:12-MJ-00041-GGH
                                 )
13      v.                       )   Stipulation and [proposed]
                                 )   Order to Continue Court Trial
14  SHANE R. CARSON,             )
                                 )   Date: May 9, 2012
15          Defendant.           )   Time: 9:00 a.m.
                                 )   Judge: Hon. Gregory G. Hollows
16  _____ )
17       It is hereby stipulated and agreed between the United States
18  and the defendant by and through their respective counsel that the
19  previously scheduled court trial set for May 9, 2012 at 9:00 a.m.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                  1
```

be continued to May 30, 2012 at 9:00 a.m.  Further time is required for defense counsel to prepare a defense and consult with their client.

DATED: May 9, 2012                    BENJAMIN B. WAGNER
                                      United States Attorney


                                      By: /s/ Alex Lozada
                                      ALEX LOZADA
                                      Special Assistant U.S. Attorney

DATED: May 9, 2012                    DANIEL J. BRODERICK
                                      Federal Defender


                                      (as authorized on 4/23/12)
DATED: May 9, 2012                    By: /s/ Alex Lozada
                                      LINDA HARTER
                                      Attorney for Defendant

O R D E R

IT IS SO ORDERED:

DATED: April 26, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE