DANIEL J. BRODERICK, Bar#89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
SHANE R. CARSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHANE R. CARSON, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:12-mj-00041 GGH <br><br> **STIPULATION AND ORDER TO CONTINUE COURT TRIAL** <br><br> DATE: September 12, 2012 <br> TIME: 9:00 am. <br> JUDGE: Gregory G. Hollows |

It is hereby stipulated and agreed to between the United States of America through Alex Lozada, Assistant U.S. Attorney, and defendant, SHANE R. CARSON, by and through his counsel, Linda C. Harter, Chief Assistant Federal Defender, that the court trial set for Wednesday, May 30, 2012, be vacated and a new court trial date of **Wednesday, September 12, 2012, at 9:00 a.m.**, be set.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The reason for the continuance is because defense counsel needs additional time to discuss the case with the client. In addition, defense counsel is unavailable on May 30, 2012.

DATED: May 25, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
SHANE R. CARSON

DATED: May 25, 2012

BENJAMIN B. WAGNER
United States Attorney

 /s/ Alex Lozada
ALEX LOZADA
Special Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**

DATED: May 30, 2012

 /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE