```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  Linda Harter, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DENIZE KIA
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6
    Attorney for Defendant
 7  SHANE CARSON
 8
 9                  IN THE UNITED STATES DISTRICT COURT
10                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11  UNITED STATES OF AMERICA,    ) Mag. No. 2:12-mj-00041-GGH-1
                                 )
12           Plaintiff,          )
                                 ) STIPULATION AND ORDER TO CONTINUE
13      v.                       ) BENCH TRIAL
                                 )
14  SHANE CARSON,                )
                                 ) Date: September 6, 2012
15           Defendant.          ) Time: 10:00 a.m.
                                 ) Judge: Hon. GREGORY G. HOLLOWS
16  _____ )
```

17      The United States of America, through Jeffery A. Spivak, Special

18  Assistant United States Attorney, together with defendant, Shane R.

19  Carson, by counsel Linda Harter, Chief Assistant Federal Defender,

20  stipulate to vacate the bench trial set for September 12, 2012 at 9:00

21  a.m. and reset it for November 14, 2012 at 10:00 a.m.

22      Mr. Carson has received new representation within the Federal

23  Defenders office. As a result Mr. Carson requests time to coordinate

24  with his new counsel.

25  \\\\\

26  \\\\\

27  \\\\\

28  \\\\\

Dated: September 6, 2012

                          Respectfully submitted,

                          DANIEL J. BRODERICK
                          Federal Defender

                          /s/ Linda C. Harter
                          LINDA C. HARTER
                          Chief Assistant Federal Defender
                          Attorney for Defendant
                          SHANE CARSON

Dated: June 22, 2012            BENJAMIN B. WAGNER
                          United States Attorney

                          /s/ Jeffrey A. Spivak
                          Jeffery A. Spivak
                          Special Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED except the trial date is set for December 5, 2012.

Dated: September 6, 2012

                   /s/ Gregory G. Hollows
              UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER  -2-